UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brian Marziliano, Plaintiff,

v.

Commissioner of Social Security, Defendant.

No. 1:26-cv-05509

**~~PROPOSED~~ REVISED BRIEFING SCHEDULE**

Upon the parties' joint request, the briefing schedule is revised as follows:

1. Plaintiff shall file and serve Plaintiff's brief by October 30, 2026.

2. The Commissioner shall file and serve the responsive brief by December 29, 2026.

3. Plaintiff may file and serve a reply within 14 days after service of the Commissioner's brief. If the Commissioner serves the brief on December 29, 2026, Plaintiff's reply shall be due January 12, 2027.

SO ORDERED.

Dated: September 29, 2026
New York, New York

Hon. Ronnie Abrams
United States District Judge